UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Peakspeed, Inc., | Civil File No. 0:20-cv-01630-JRT-BRT |
| Plaintiff, | **DECLARATION OF JOE GRESHIK IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |
| v. | |
| Timothy Emerson, | |
| Defendant. | |

I, Joe Greshik, state as follows:

1. I am employed by Plaintiff Peakspeed, Inc. ("Peakspeed") as a core developer. I submit this Declaration in support of Peakspeed's Opposition to Defendant's Motion to Dismiss. I have personal knowledge of the matters set forth in this Declaration, and if called to testify in this case I would and could competently testify as to such matters.

2. I started working for EmersonAI as an independent contractor in late 2019; however, my tenure with that company ended when I started working for Peakspeed. I do not have any oral or written agreements with EmersonAI.

3. I have worked remotely for Peakspeed since January 2020.

4. All of my work since starting with Peakspeed has been for Peakspeed. None of my work has been for EmersonAI.

5. I understood that Dave Eaton ("Dave") was the Chief Executive Officer of Peakspeed and that Tim Emerson was the Chief Technical Officer. Dave was in charge and everyone worked for Dave.

6. My salary is direct deposited to me. Dave Eaton pays my salary; and he has told me he has financed a vast majority of Peakspeed's expenses. He also purchased my work laptop.

I declare under penalty of perjury under the laws of the United States of America and the State of Colorado that the foregoing is true and correct.

Dated: October 1, 2020       By:   */s/ Joe Greshik*
                                   Joe Greshik