# EXHIBIT B

## Meet

**From:** Oscar Kramer <oscarkramer@yahoo.com>
**To:** Dave Eaton <dave@emersonai.com>
**Cc:** Tim Emerson <tim@emersonai.com>
**Date:** Thu, 02 Jan 2020 14:39:57 +0000

Hi Dave,

I hope you're having a good holiday. We're spending it in Brittany where it's (relatively) cold and wet, but making up for it with French food.

I've been giving a lot of thought to joining the team. Would it be possible to meet with you in person to get to know each other and discuss the details? Ideally, Tim and ███ could be there too, though that might be hard to coordinate. I'm willing to fly on my nickel to wherever. Are you planning any trips to CO soon?

Happy New Year,
Oscar

Sent from Yahoo Mail on Android