# **EXHIBIT C**

## [No Subject]

**From:**  Tim Emerson <tim.emerson@peakspeed.io>
**To:**    dev <dev@peakspeed.io>
**Date:**  Fri, 28 Feb 2020 01:43:37 +0000

Oscar Kramer Thanks for putting that together.  I also like the "PeakSpeed" copyright. It all looks great!
dev Great work everyone.  It took a lot of hard work putting together the new development environment.

Confidential                                                                                                                                           PSI_00009762