UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Peakspeed, Inc., | Civ. No. 20-1630 (JRT/BRT) |
| Plaintiff, | |
| v. | **ORDER DENYING ATTORNEY FEES AND COSTS** |
| Timothy Emerson, | |
| Defendant. | |

---

The Court ruled on Plaintiff's Motion to Compel Production of Source Code on October 15, 2020, granting in part and denying in part the motion. (Doc. No. 61.) Specifically, the Court ordered counsel to meet and confer to attempt to agree on a proposed amended Protective Order that addresses the handling of Source Code, to submit their stipulated proposal to the Court, and required Defendant to produce the True View source code within two business days of the Court's entry of an amended protective order. (*Id.*) The Court deferred ruling on Plaintiff's motion for attorney fees and costs. (*Id.*; *see* Doc. No. 55, Pl.'s Proposed Ord.) An Amended Protective Order issued on October 19, 2020. (Doc. No. 64.)

Based on the file, record, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's motion for attorney fees and costs (Doc. Nos. 50, 55) is **DENIED**.

Dated: December 30, 2020

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge