UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Peakspeed, Inc., | Civ. No. 20-cv-1630 (JRT/BRT) |
| Plaintiff, | |
| v. | **ORDER ON STIPULATION EXTENDING DEADLINE FOR DEFENDANT TO FILE HIS ANSWER TO PLAINTIFF'S AMENDED COMPLAINT** |
| Timothy Emerson, | |
| Defendant. | |

This matter is before the Court on the parties' Stipulation Extending the Deadline for Defendant to File His Answer to Plaintiff's Amended Complaint (Doc. No. 83).

**IT IS HEREBY ORDERED** that Defendant shall have until **February 24, 2021** to file his Answer to the Amended Complaint.

Dated: February 16, 2021

*s/ Becky R. Thorson*
BECKY R. THORSON
United States Magistrate Judge